**UNITED STATES DISTIRCT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JEFFERY DICKSON** | § | |
| **Plaintiff** | § | |
| | § | **Civil Action No. 4:16-cv-02467** |
| **VS.** | § | |
| | § | |
| **STATE FARM LLOYDS** | § | |
| **Defendant** | § | |

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rules of Civil Procedure 26(a)(1), I hereby submit the following

initial disclosures:

1. **Witnesses.** The name, address, and telephone number of each individual likely to have

   discoverable information that may support my claim, and the information they possess

   (unless they will be used solely for impeachment):

| **Name of Individual Likely to have Discoverable Information** | **Contact Information (Address and Telephone Number)** | **Subject Matter of Discoverable Information** |
|---|---|---|
| Jeffrey Dickson | c/o Michael J. Lowenberg 7941 Katy Freeway #306 Houston, Texas 77024 | Full knowledge of all matters related to this suit |
| Dena K. Dickson | c/o Michael J. Lowenberg 7941 Katy Freeway #306 Houston, Texas 77024 | Wife of Mr. Jeffrey Dickson and resident of home subject of this lawsuit |
| Evelyn Donaldson | c/o Beth McCahill Taylor Taylor, Taylor & Russell 2777 Allen Parkway, Suite 1000 Houston, Texas  77019 Phone: (713)615-6060 | State Farm claims representative who denied Mr. Dickson's ability to amend original claim to include water damage as should have been allowed originally |

| | | |
|---|---|---|
| Linden Sanderford | c/o Beth McCahill Taylor<br>Taylor, Taylor & Russell<br>2777 Allen Parkway, Suite 1000<br>Houston, Texas 77019<br>Phone: (713)615-6060 | Claims representative in May of 2014 who rejected initial insurance coverage claim |
| Jose Villafana | c/o Beth McCahill Taylor<br>Taylor, Taylor & Russell<br>2777 Allen Parkway, Suite 1000<br>Houston, Texas 77019<br>Phone: (713)615-6060 | Mr. Dickson's State Farm representative; knowledge of handling Plaintiff's claim(s) and information obtained during the claim. |
| "George" | c/o Beth McCahill Taylor<br>Taylor, Taylor & Russell<br>2777 Allen Parkway, Suite 1000<br>Houston, Texas 77019<br>Phone: (713)615-6060 | Worked with Jose Villafana's Agency and may have additional information regarding Mr. Dickson's claim |
| Peter J. Kosmoski, PE<br>Brown Consulting Services, Inc. | 20325 Budde Cemetery Road<br>Houston, Texas 77388<br>Phone: 281-260-9749 | Engineer for Brown Consulting Services, Inc. who wrote engineering report and supplemental report for State Farm on Mr. Dickson's property |
| Jorge A Alvarado Vasquez | c/o Beth McCahill Taylor<br>Taylor, Taylor & Russell<br>2777 Allen Parkway, Suite 1000<br>Houston, Texas 77019<br>Phone: (713)615-6060 | State Farm adjuster who sent Mr. Dickson a copy of his policy |
| Jennifer L Johnson<br>Fire Operations - Texas Zone<br>Phone: (972) 732-5015 | c/o Beth McCahill Taylor<br>Taylor, Taylor & Russell<br>2777 Allen Parkway, Suite 1000<br>Houston, Texas 77019<br>Phone: (713)615-6060 | State Farm employee who sent a copy of Mr. Dickson's policy to Jorge A Alvarado Vasquez upon Mr. Dickson's request for a copy |
| Tom Muncey<br>Herndon/Muncey, Inc.<br>Investigative Plumbing | P.O. Box 218941<br>Houston, Texas 77218-8941<br>Phone: 281-579-1960 | Investigative plumbing company who investigated the leak on Mr. Dickson's property in April of 2014 |
| Leslie Stewart | c/o Beth McCahill Taylor<br>Taylor, Taylor & Russell<br>2777 Allen Parkway, Suite 1000<br>Houston, Texas 77019<br>Phone: (713)615-6060 | Adjuster for State Farm; knowledge of handling Plaintiff's claim(s) and information obtained during the claim. |

| | | |
|---|---|---|
| Darrell Bowles, P.E. | Darrell Bowles, P.E., Consulting Engineer<br>13003 Stancliff Oaks St.<br>Sugar Land TX 77478<br>Phone: 713-854-4562 | Performed a structural analysis of Mr. Dickson's foundation |
| Gerard J. Duhon, P.E. | 12402 Copperfield Drive<br>Houston, TX 77031-3110<br>Phone: 281-788-7393 | Mr. Dickson contacted in May of 2016 to get second opinion on his foundation |
| Mark Malia | c/o Beth McCahill Taylor<br>Taylor, Taylor & Russell<br>2777 Allen Parkway, Suite 1000<br>Houston, Texas 77019<br>Phone: (713)615-6060 | Claim Team Manager; knowledge of handling Plaintiff's claim(s) and information obtained during the claim. |
| Brenda Dudley | c/o Beth McCahill Taylor<br>Taylor, Taylor & Russell<br>2777 Allen Parkway, Suite 1000<br>Houston, Texas 77019<br>Phone: (713)615-6060 | Claim Team Manager; knowledge of handling Plaintiff's claim(s) and information obtained during the claim. |
| Bank of America, NA ISAOA ATIMA | P.O. Box 961291<br>Fort Worth, Texas 76161 | Plaintiff's mortgage company; may have knowledge regarding Plaintiff's claims in this suit or damages |
| Premier America Federal Credit Union | 19867 Prairie Street<br>Chatsworth, California 91311<br>Phone: 818-772-4000 | Plaintiff's second mortgage company; may have knowledge regarding Plaintiff's claims in this suit or damages |
| Fred Burnside | Burnside Plumbing Company<br>12011 Manorgate Dr.<br>Houston, TX 77031<br>Phone: 832-274-6460 or 281-561-0580 | Consulted with Mr. Dickson regarding his plumbing problem and performed work on the plumbing at Mr. Dickson's home |

2.      **Documents and things.** Copies, or descriptions by category and location, of all

documents or things I have in my possession or control that I may use to support my claims

(unless they will be used solely for impeachment):

**Email correspondence between Plaintiff and representatives for Defendant.**

**State Farm Lloyds Policy.**

**Miscellaneous documents exchanged between Defendant's representatives and Plaintiff previously, including, but not limited to, engineering reports, plumbing estimates, etc.**

**Pictures of water damage caused to Plaintiff's home and subject of damages claimed in this suit.**

**All the above documents are in Plaintiff Counsel's possession and will be produced under separate cover.**

3. **Damages computation.** A calculation of any category of damages I have suffered:

| | |
|---|---|
| **Replacement and Relocation of Drain Lines:** | **$37,705.00** |
| **Repair of Water Damage to Home (initial estimate to be confirmed):** | **$10,000.00** |
| **Court Costs** | **To be determined** |
| **Attorney's Fees** | **To be determined** |
| **Exemplary Damages** | **To be determined** |
| **Pre-Judgment Interest** | **To be determined** |

4. **Liability insurance.** Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**None.**

## SUPPLEMENTATION

Plaintiff reserves the right to supplement these initial disclosures as discovery with this suit progresses.

Respectfully submitted,
THE LOWENBERG LAW FIRM, PLLC


By:     /s/ *Michael J. Lowenberg*
        MICHAEL J. LOWENBERG
        Texas Bar No. 24001164
        ANDREW D. KUMAR
        Texas Bar No. 24075913
        7941 Katy Freeway – Suite 306
        Houston, Texas 77024
        Telephone: 1-832-241-6000
        Facsimile:  1-832-241-6001
        Mike@thetexastriallawyers.com
        andrew@thetexastriallawyers.com

        **ATTORNEYS FOR PLAINTIFF,
        JEFFERY DICKSON**


## CERTIFICATE OF SERVICE

    I hereby certify that on December 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.


        By: */s/ Michael J. Lowenberg*
        MICHAEL J. LOWENBERG