United States District Court
Southern District of Texas
**ENTERED**
November 30, 2017
David J. Bradley, Clerk

# UNITED STATES DISTIRCT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JEFFERY DICKSON § | |
| Plaintiff § | |
| § | Civil Action No. 4:16-cv-02467 |
| VS. § | |
| § | |
| STATE FARM LLOYDS § | |
| Defendant § | |

### PLAINTIFF AND DEFENDANT'S AGREED FINAL TAKE NOTHING JUDGMENT

On this day, Plaintiff Jeffrey Dickson and Defendant State Farm Lloyds appeared by their attorneys and advised the Court that all matters in controversy between them have been resolved. It has been agreed that judgment shall be entered that Plaintiff Jeffrey Dickson take nothing from Defendant State Farm Lloyds; it being further agreed that costs of court be charged against the party incurring same. Accordingly, it is

ORDERED, ADJUDGED and DECREED that Jeffrey Dickson, take nothing from Defendant State Farm Lloyds. It is FURTHER

ORDERED, ADJUDGED and DECREED that Defendant State Farm Lloyds is hereby DISMISSED WITH PREJUDICE from all of Plaintiffs' claims against it. It is FURTHER

ORDERED that this is a final judgment as to all parties and all claims.

ORDERED that all costs of court and attorney's fees are adjudged against the party incurring same.

All relief not expressly granted herein is expressly denied.

SIGNED _November 30_, 2017.

EWING WERLEIN, JR
UNITED STATES DISTRICT JUDGE

APPROVED:

TAYLOR, TAYLOR & RUSSELL

*Beth Taylor* ✓

Beth Taylor
State Bar No. 13396787
Warren Taylor
State Bar No. 19727200
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
(713) 615-6060  Telephone
(713) 615-6070  Facsimile
EServe@taylaw.com

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS


THE LOWENBERG LAW FIRM ✓

Michael J. Lowenberg
Texas Bar No.: 24001164
Andrew Kumar
State Bar No.: 24075913
7941 Katy Freeway, Suite 306
Houston, Texas 77024
Telephone: (832) 241-6000
Fax: (832) 241-6001
mike@thetexastriallawyers.com
andrew@thetexastriallawyers.com

ATTORNEYS FOR PLAINTIFF
JEFFREY DICKSON